### 8687.  HAGGERTY *v.* HOLMES & BARBER.

GEORGE, J.  An examination of the record discloses no substantial error upon any controlling issue in the case.  This being the second verdict in favor of the defendant, and there being evidence to sustain the verdict, the judgment overruling the plaintiff's motion for new trial will not be reversed.

Judgment affirmed. *Wade, C. J., and Luke, J., concur.*

DECIDED SEPTEMBER 13, 1917.

Action for damages; from city court of Valdosta—Judge Cranford.  March 20, 1917.

*Greene F. Johnson, James M. Johnson,* for plaintiff.

*E. K. Wilcox, Whitaker & Dukes,* for defendants.